UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL FEICHTINGER,<br><br>      Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of the Social Security Administration,**<br><br>      Defendant. | Case No. CV 14-3491 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is **dismissed with prejudice.**

December 22, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge